**Order entered November 3, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00076-CR

**JAMES LOYD BANKSTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 31508CC**

## ORDER

The Court **GRANTS** appellant's October 31, 2014 motion to extend time to file his brief.

We **ORDER** the appellant's brief received on October 31, 2014 filed as of the date of this order.

/s/     ADA BROWN
JUSTICE